IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| v. | : |
| | : Criminal No. 2:20-cr-200-RBS |
| TEVA PHARMACEUTICALS USA, INC., and GLENMARK PHARMACEUTICALS INC., USA, | : |
| Defendants. | : |

**ORDER**

**AND NOW**, this _6th_ day of August 2021, upon consideration of Defendant Teva Pharmaceuticals USA, Inc.'s Motion to Seal Exhibit, it is hereby **ORDERED** as follows.

Based on the motion herein, Exhibit A to Teva Pharmaceuticals USA, Inc.'s Response in Support of Glenmark's Emergency Motion for Relief from Compulsory Interviews and Related Misconduct by The Antitrust Division is sealed from the public until further order of this Court.

BY THE COURT:

/s/ R. Barclay Surrick
R. Barclay Surrick, J.