IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA : CRIMINAL ACTION
   v. :
: No. 20-200-1,2
**GLENMARK PHARMACEUTICALS, INC., USA** :

**TEVA PHARMACEUTICALS, INC., USA**

## NOTICE OF HEARING

  Take notice that the defendant is scheduled for a **status conference** hearing on **Friday, October 14, 2022**, at **1:00 p.m**. before the **Honorable R. Barclay Surrick** in **Courtroom 8-A** of the United States District Court, 601 Market Street, Philadelphia, PA 19106.

☐ **Detained Federal Inmate:** The U.S. Marshal shall have the defendant present for this court proceeding.

☒ **Bail Status:** The defendant is on bail.  A Court Security Officer shall be assigned to this proceeding.

☒ **Court Summons:** This Notice serves as a summons to appear in court.  If the defendant is on bail or supervision and fails to appear as directed, the presiding judge may issue a bench warrant.

☐ **Interpreter:** A  interpreter will be required for the defendant.

☐ **Hearing rescheduled from:**

For additional information, please contact the undersigned.

By:  Patrick Kelly
    Courtroom Deputy to J.  R. Barclay Surrick
    Phone: 267. 299. 7639

Date:  8/19/22

cc via U.S. Mail:  Defendant
cc via email:  Beth A. Wilkinson, Esq. **(via email)**
    Brian L. Stekloff, Esq. **(via email)**
    Kosta S. Stojilkovic, Esq. **(via email)**
    David L. Axelrod, Esq. **(via email)**
    James A. Mitchell, Esq. **(via email)**
    Mark P. Ressler, Esq. **(via email)**

>Robert Stigall, Esq. **(via email)**
>Carol Sipperly, AUSA **(via email)**
>David E. Troyer, AUSA **(via email)**
>Emma M. Burnham, AUSA **(via email)**
>James A. Ryan, AUSA **(via email)**
>Julia M. Maloney, AUSA **(via email)**
>Kevin B. Hart, AUSA **(via email)**
>Mark C. Grundvig, AUSA **(via email)**
>Matthew W. Lunder, AUSA **(via email)**
>U.S. Marshal
>Court Security
>Probation Office
>Pretrial Services
>Interpreter Coordinator

crnotice (July 2021)