IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | :    CRIMINAL NO. 20-200 |
| GLENMARK PHARMACEUTICALS, INC., USA | : |

WITHDRAWAL OF APPEARANCE

Kindly withdraw the appearance of former Assistant United States Attorney Daniel A. Velez on behalf of the United States of America.

JACQUELINE C. ROMERO
UNITED STATES ATTORNEY


   s/ David E. Troyer
DAVID E. TROYER
Assistant United States Attorney