IN THE UNITED STATES DISTRICT COURT FOR

THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | CRIMINAL NO: 20-CR-200-RBS |
| TEVA PHARMACEUTICALS USA, INC., and GLENMARK PHARMACEUTICALS INC., USA | : | |
| Defendants | : | |

## WITHDRAWAL OF APPEARANCE

Kindly withdraw my appearance on behalf of the United States of America in the above-referenced case.

Date:  March 23, 2023

 

Respectfully submitted,

*/s/  Kevin B. Hart*
Kevin B. Hart
U.S. Department of Justice
Antitrust Division
450 5th Street NW, Suite 11300
Washington, DC  20530
kevin.hart@usdoj.gov
(202) 598-8242

## CERTIFICATE OF SERVICE

I hereby certify that I caused the foregoing Withdrawal of Appearance to be filed electronically with the Clerk of the Court using the ECF system, which will make the document available for viewing and downloading and send an electronic filing notice to counsel of record who are registered as ECF filing users.

Dated: March 23, 2023

/s/ Kevin B. Hart
Kevin B. Hart