IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| | : |
| v. | : |
| | : CRIMINAL NO. 2:20-CR-00200-RBS |
| TEVA PHARMACEUTICALS | : |
| USA, INC., AND | : |
| GLENMARK PHARMACEUTICALS | : |
| INC., USA | : |
| | : |

**AMENDED STIPULATED SCHEDULING ORDER**

WHEREAS, on May 1, 2023, the Parties respectfully requested that the Court change the substantive motion deadline in this case to match the updated deadline for filing substantive motions in *United States v. Aprahamian*, 2:20-cr-00064-RBS, of September 18, 2023;

WHEREAS, on May 2, 2023, the Court requested the Parties submit to the Court an Amended Stipulated Scheduling Order for the Court's review;

WHEREAS, the Parties stipulate to and request that the Court enter the following Stipulated Scheduling Order:

| *Event* | *Category* | *Deadline* |
|---|---|---|
| **General Motions** | | |
| | Responses | Two weeks after motion |
| | Replies | One week after response |
| **Substantive Motions** | Opening Motions | September 18, 2023 |
| | Responses | October 16, 2023 |
| | Replies | October 30, 2023 |
| **Expert Disclosures** | Government's Disclosures | December 18, 2023 |
| | Defendants' Disclosures | February 26, 2024 |
| **404(b) Notice and *Brady*/*Giglio*** | | February 12, 2024 |
| **Pretrial Motions and Trial Memoranda** | Pretrial Motions and Trial Memoranda | March 11, 2024 |
| | Responses | March 25, 2024 |
| | Replies | April 1, 2024 |
| **Hearing on Pretrial Motions** | | On request |
| **Government Exhibit Lists and Witness Lists; Jencks Disclosures** | | April 8, 2024 |
| **Defense Exhibit Lists and Witness Lists*** | | April 22, 2024 |
| **Voir Dire Questions, Jury Instructions, Witness Lists, and Proposed Verdict Forms** | | April 22, 2024 |
| **Trial** | | May 6, 2024 |

**\***Defendants will disclose witnesses they will call and exhibits they intend to use in their cases-in-chief.

[*signatures on the following pages*]

Accordingly, it is **ORDERED** that the Stipulated Scheduling Order shall govern the proceedings in this case.

**IT IS SO ORDERED.**

**SIGNED** on this   5th   day of   May  , 2023

**BY THE COURT:**

s/ R. Barclay Surrick
_____
**R. BARCLAY SURRICK, DISTRICT JUDGE**

[*attorney signatures on the following page*]

/s/ Matthew W. Lunder
Matthew W. Lunder
Julia M. Maloney
James A. Ryan
Michael M. Sawers

U.S. Department of Justice
Antitrust Division
450 Fifth St. NW, Suite 11300
Washington, DC 20530
Telephone: (202) 305-1878

*Attorneys for the United States of America*

/s/ Stephen Stigall
R. Stephen Stigall (PA ID 78748)
David. L. Axelrod (PA ID 323792)
James A. Mitchell

BALLARD SPAHR LLP
1735 Market Street, 51st Floor
Philadelphia, PA 19103
Telephone: 215-665-8500
stigalls@ballardspahr.com
axelrodd@ballardspahr.com

Mark P. Ressler
KASOWITZ BENSON TORRES LLP
1633 Broadway
New York, NY 10019
Telephone: 212-506-1700
mressler@kasowitz.com

*Attorneys for Defendant Teva Pharmaceuticals USA, Inc.*

/s/ Beth A. Wilkinson
Beth A. Wilkinson (*pro hac vice*)
Brian L. Stekloff (*pro hac vice*)
Kosta S. Stojilkovic (*pro hac vice*)

WILKINSON STEKLOFF LLP 2001 M Street NW, 10th Floor Washington, DC 20036 Telephone: (202) 847-4000
bwilkinson@wilkinsonwalsh.com
bstekloff@wilkinsonwalsh.com
kstojilkovic@wilkinsonwalsh.com

*Attorneys for Defendant Glenmark Pharmaceuticals Inc., USA*