# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| v. | : |
| | : Criminal No. 2:20-cr-200-RBS |
| TEVA PHARMACEUTICALS USA, | : |
| INC., and GLENMARK | : |
| PHARMACEUTICALS INC., USA, | : |
| | : |
| Defendants. | : |

## **TEVA PHARMACEUTICALS USA, INC.'S MOTION TO SEAL**

Teva Pharmaceuticals USA ("Teva") hereby moves to file under seal Teva's concurrently submitted Motion to Modify the Protective Order and supporting exhibits.

Teva's Motion to Modify the Protective Order and supporting exhibits include information relating to and derived from the government's interviews of a cooperating witness in this matter. Teva requests that the Clerk of Court make no public docket entry of the sealed Motion to Modify the Protective Order and supporting exhibits and provide copies only to counsel for the parties to this matter.

Dated: May 8, 2023                          Respectfully submitted,

   */s/ R. Stephen Stigall*
R. Stephen Stigall (PA ID 78748)
David L. Axelrod (PA ID 323792)
Elizabeth Weissert (PA ID 322931)
BALLARD SPAHR LLP
1735 Market Street, 51st Floor
Philadelphia, PA 19103
Telephone: (215) 665-8500
sttigalls@balladspahr.com
axelrodd@balladspahr.com
weisserte@ballardspahr.com

James A. Mitchell (*pro hac vice*)
BALLARD SPAHR LLP
1675 Broadway 19th Fl.
New York, NY 10019
Telephone: (212) 223-0200
mitchellj@ballardspahr.com

Mark P. Ressler (*pro hac vice*)
KASOWITZ BENSON TORRES LLP
1633 BROADWAY
NEW YORK, NY 10019
212-506-1700
mressler@kasowitz.com

*Attorneys for Defendant Teva Pharmaceuticals USA, Inc.*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| v. | : |
| | : Criminal No. 2:20-cr-200-RBS |
| TEVA PHARMACEUTICALS USA, INC., and GLENMARK PHARMACEUTICALS INC., USA, | : |
| | : |
| Defendants. | : |

## **PROPOSED ORDER**

**AND NOW**, this __day of May 2023, upon consideration of Defendant Teva Pharmaceuticals USA, Inc.'s Motion to Seal, it is hereby **ORDERED** as follows.

Based on the motion herein, Teva Pharmaceuticals USA, Inc.'s Motion to Modify the Protective Order and supporting exhibits are sealed from the public until further order of this Court.

Date: _____     _____
   THE HONORABLE R. BARCLAY SURRICK
   UNITED STATES DISTRICT COURT JUDGE

**CERTIFICATE OF SERVICE**

  I, R. Stephen Stigall, do hereby certify that I have served a true and correct copy of the foregoing document upon all counsel/parties by electronic filing on May 8, 2023. This document has been filed electronically and is available for viewing and downloading from the ECF system.

                */s/ R. Stephen Stigall*
                R. Stephen Stigall